| | |
|---|---|
| 1 | DEVERIE J. CHRISTENSEN, Bar No. 6596 |
| | LYNNE K. MCCHRYSTAL, Bar No. 14739 |
| 2 | **JACKSON LEWIS P.C.** |
| | Bank of America Plaza |
| 3 | 300 South Fourth Street, Suite 900 |
| | Las Vegas, Nevada 89101 |
| 4 | Telephone: (702) 921-2460 |
| 5 | Facsimile: (702) 921-2461 |
| | deverie.christensen@jacksonlewis.com |
| 6 | lynne.mcchrystal@jacksonlewis.com |
| 7 | |
| | *Attorneys for Defendant Brinker* |
| 8 | *International Payroll Company, LP* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD ORDONEZ, an Individual, | Case No. **Case No.: 2:19-cv-01095 JAD-GWF** |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| BRINKER NEVADA, INC. dba CHILI'S GRILL & BAR | **(First Request)** |
| Defendant. | |

Defendant Brinker International Payroll Company, LP, (erroneously sued as Brinker Nevada, Inc. dba Chili's Grill & Bar) ("Defendant"), by and through its counsel, Jackson Lewis P.C., and Plaintiff Edward Ordonez ("Plaintiff") by and through his counsel, Watkins & Letofksy, LLP, hereby stipulate and agree to extend the time for Defendant to file a response to Plaintiff's Complaint. Defendant's response is due on July 19, 2019. However, the parties are presently discussing the appropriate forum for this case considering an Agreement to Arbitrate executed by the parties, pursuant to which Defendant reserves all rights, remedies and defenses to pursue arbitration.

In the interest of avoiding the time and expense of potentially unnecessary motion practice, Plaintiff and Defendant have agreed to extending the deadline for Defendant to file a response to the Complaint up to and including August 2, 2019.

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated this 18th day of July, 2019.

| **JACKSON LEWIS P.C.** | **WATKINS & LETOFSKY, LLP** |
|---|---|
| */s/ Deverie Christensen*<br>Deverie J. Christensen, Bar No. 6596<br>Lynne K. McChrystal, Bar No. 14739<br>300 South Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendant*<br>*Brinker International Payroll Company, LP* | */s/ Eran Foster*<br>Daniel Watkins, Bar No. 11881<br>Eran Foster, Bar No. 11124<br>8215 S. Eastern Ave., Ste. 265<br>Las Vegas, NV 89123<br><br>*Attorneys for Plaintiff Edward Ordonez* |

**ORDER**

**IT IS SO ORDERED.**

_/s/ George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

Dated: July 19, 2019