Daniel R. Watkins
Nevada State Bar No. 11881
DW@wl-llp.com
Eran S. Forster
Nevada State Bar No. 11124
eforster@wl-llp.com
WATKINS & LETOFSKY, LLP
8215 S. Eastern Ave., Ste. 265
Las Vegas, NV 89123
Office:(702) 901-7553; Fax: (702) 974-1297
Attorneys for Plaintiff, Edward Ordonez

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD ORDONEZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BRINKER NEVADA, INC. dba CHILI'S GRILL & BAR<br><br>　　　　　Defendants. | Case No.:　2:19-cv-01095<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE**<br><br>ECF No. 8 |

Plaintiff, EDWARD ORDONEZ and Defendant, BRINKER INTERNATIONAL PAYROLL COMPANY, LP (erroneously sued as Brinker Nevada, Inc. dba Chili's Grill & Bar)("Defendant"), by and through their respective counsel of record, with reference to the following:

WHEREAS, on or about June 27, 2016, Plaintiff completed an employment application containing an agreement to arbitrate all disputes arising out of or relating to Plaintiff's employment, or termination of employment ("the Arbitration Agreement");

WHEREAS, on or about June 24, 2019, Plaintiff filed a Complaint in the United States District Court, District of Nevada, alleging violation of the Americans with Disabilities Act, 42 U.S.C §12101, et seq., Family Medical Leave Act, 29 U.S.C. §2601 et seq., and NRS 613.330 et seq.

WHEREAS, Plaintiff and Defendant agree that the claims should be arbitrated;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants and ORDERED, as follows:

1. The Action, in its entirety, shall be submitted to binding arbitration pursuant to the terms of the Arbitration Agreement;

2. That the filing of the Complaint in this matter on June 24, 2019 shall constitute Plaintiff's timely demand for arbitration pursuant to the terms of the Arbitration Agreement; and

3. All proceedings in this Action shall be dismissed.

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

| | |
|---|---|
| Dated: July 26, 2019 | Dated: July 26, 2019 |
| Respectfully submitted, | Respectfully submitted, |
| */s/ Lynne K. McChrystal* | */s/ Daniel R. Watkins* |
| Deverie J. Christensen, Bar No. 6596<br>Lynne K. McChrystal, Bar No. 14739<br>300 South Fourth Street, Suite 900<br>Las Vegas, Nevada 89101 | Daniel Watkins, Bar No. 11881<br>Eran Foster, Bar No. 11124<br>8215 S. Eastern Ave., Ste. 265<br>Las Vegas, NV 89123 |
| Attorneys for Defendant<br>Brinker International Payroll Company, LP | Attorneys for Plaintiff Edward Ordonez |

**ORDER**

Based on the parties' stipulation **[ECF No. 8]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED without prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 29, 2019